**Supreme Court**
No. 2025-56-M.P.

In the Matter of Peter Leach.    :

# O R D E R

On February 24, 2025, pursuant to Article III, Rule 13 of the Supreme Court Rules of Disciplinary Procedure for Attorneys, the respondent, Peter Leach (also known as Peter P. D. Leach), filed an affidavit with the Disciplinary Board of the Supreme Court setting forth that he was convicted of wire fraud and federal income tax evasion in the United States District Court for the District of Rhode Island and that he is aware that he is the subject of an investigation into professional misconduct.  The respondent's affidavit sets forth that he freely and voluntarily consents to disbarment and that he is fully aware of the implications of submitting his consent.  On February 26, 2025, Disciplinary Counsel filed respondent's affidavit with the Court.

Upon review of respondent's affidavit, we deem that an order disbarring respondent is appropriate.

Accordingly, pursuant to Article III, Rule 13, it is hereby ordered, adjudged and decreed that the respondent, Peter Leach (also known as Peter P. D. Leach), be and is hereby disbarred on consent from engaging in the practice of law.

This matter shall be closed.

Entered as an Order of this Court this *10th* day of **March 2025**.

By Order,

/s/ *Meredith A. Benoit*
Clerk



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE

Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In the Matter of Peter Leach. | |
| **Case Number** | No. 2025-56-M.P. | |
| **Date Order Filed** | March 10, 2025 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer from Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Kerry Reilley Travers, Esq.<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>John L. Calcagni, Esq. | |